IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| DONNIE DARRELL BOOKER | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv147 |
| WARDEN ROY | § | |

<u>MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Petitioner Donnie Darrell Booker, an inmate formerly confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes petitioner's objections are without merit and should be overruled.

As the magistrate judge determined, petitioner must exhaust administrative remedies before seeking habeas relief in federal court. *See Fuller v. Rich*, 11 F.3d 61, 62 (5th Cir. 1994). As petitioner did not exhaust his administrative remedies prior to bringing this action, the petition

should be dismissed. Further, a review of the Bureau of Prisons Inmate Locator website reveals that petitioner is no longer confined in the Bureau of Prisons; thus, the petition is moot.

O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 30th day of April, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE